UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

                Plaintiff,

v.                                       Case No. 2:23–cr–20504–DML
                                         Hon. David M. Lawson

Samer El Debek,

                Defendant,

_____

**REQUEST FOR TRANSFER OF JURISDICTION**

It is hereby requested that the jurisdiction of the probationer or supervised releasee named above be transferred from the Southern District of New York to the Eastern District of Michigan.

                                                By: s/Carolyn M Johnson
                                                        Probation Clerk

Dated:   September 5, 2023